UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:08-CV-528-H

MICHAEL W. CURTIS                                                          PLAINTIFF

V.

HUMANA MILITARY HEALTHCARE                                      DEFENDANT
SERVICES, INC.

**ORDER**

This matter is before the Court on Defendant's Motion for Summary Judgment. The

Court has fully considered the issues in the accompanying Memorandum Opinion. For the

reasons explained therein and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is

SUSTAINED and all of Plaintiff's claims are DISMISSED WITH PREJUDICE.

This is a final and appealable order.

cc:     Counsel of Record