Fee Paid
L 33022 707

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
No. 3:08-CV-528-H

MICHAEL W. CURTIS                                              PLAINTIFF

versus                    NOTICE OF APPEAL

HUMANA MILITARY HEALTHCARE SERVICES, INC.                      DEFENDANT

***** ***** *****

Nitice is hereby given that Michael W. Curtis appeals to the United States Court of Appeals for the Sixth Circuit from the Order dismissing his Complaint entered in this action on April 23, 2010.

PHILIP C. KIMBALL
Attorney for Plaintiff/
Appellant
1970 Douglass Boulevard
Louisville, KY 40205
(502) 454-4479

CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of this Notice of Appeal upon Philip C. Eschels, Esq., Greenebaum, Doll and McDonald, 3500 National City Tower, Louisville, Ky 40202, by mailing the same to him upon this 14th day of May, 2010.

PHILIP C. KIMBALL
Attorney for Plaintiff/
Appellant